UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAMONT TAYLOR, | No. 2:15-cv-0176 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MINTZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983.  On March 23, 2015, plaintiff's complaint was dismissed for failing to conform to the pleading requirements of Rule 8 of the Federal Rule of Civil Procedure, and he was granted one opportunity to amend.  (ECF No. 7.)  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.  (ECF No. 5.)

Before the court for screening is plaintiff's amended complaint ("FAC"), filed on May 8, 2015. (ECF No. 12.)  See 28 U.S.C. § 1915A(a).  Having reviewed the FAC, the undersigned concludes that it fails to cure the defects of the original complaint as set forth in the March 23, 2015 screening order.  Because it appears that another round of amendment would be futile, the undersigned will dismiss this action.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 | Dated: June 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / tayl0176.fac